In the Matter of the Application of THOMAS G. SMITH, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.— Order of certiorari unanimously dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Landlord, Respondent, v. LOUIS SHAPIRO, Tenant, Appellant.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [162 Misc. 223; 163 id. 76.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING SACKS, Appellant, Impleaded with Another.— Judgment unanimously affirmed, on the ground that the People's evidence was sufficient to sustain the conspiracy count in the information. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

IRMA E. BLOOD, Respondent, v. WESTCHESTER COUNTRY CLUB, INC., Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LEONARD A. SCHONFELD, Doing Business under the Firm Name and Style of AMERICAN STEEL KNIFE Co., Respondent, v. EASTMAN MACHINE COMPANY, Appellant, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

FLORENCE LIPMAN, Also Known as FLORENCE V. SCHARP, Appellant, v. FREDERICK M. SCHILDWACHTER & SONS, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ROSE ARBER, Respondent, v. CHARLES WEISBECKER, a New York Corporation, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,000; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of CORNELIUS S. KANE, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, Police Commissioner of the City of New York, Respondent.— Order of certiorari unanimously dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

PAUL HIRSCHMANN and PAULA HIRSCHMANN, Respondents, v. CHARLES R. JOHNSON, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of SALVATORE J. ALIOTTA and Others, Respondents, for an Order of Mandamus against JAMES E. FINEGAN, President, and Others, Defendants, Appellants, and JOHN M. CARMODY, President of Police Eligible List Association, Intervenor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.